

UNITED STATES DISTRICT COURT

WESTERN DIVISION OF TEXAS

WACO TEXAS DIVISION

AUGUST 25, 2021

David Edward Rapp
     Plaintiff

6.21 cv 885

V.

Michelle Tinsley, Nurse Clinician, V.A. Waco, Tx.
Srikanth Bandela, M.D., V.A. Waco, Tx.
Michael L. Kieffer, Director, Central Tx., Veterans Affairs Hospital, Temple Tx.
Veterans Affairs Division, United States Government, Washington D.C.


## MOTION FOR CIVIL SUIT


1. Now comes the Plaintiff, David Edward Rapp with motion for civil suit against the

above named individuals and entities herein to be identified as Defendants.

2. In support of this Motion for Civil Suit, the Plaintiff encloses a copy of criminal

complaint filed with: The Office of Inspector General, Veterans Affairs, Criminal

Complaint Division. The medical malpractice(s) perpetrated by the Defendants and

ensuing criminal conduct in support of the charges of medical malpractice are

detailed in the complaint.

3. The Plaintiff also states in support of Civil Suit, that his rights as a protected class,

Disabled person, veteran, under the auspices of the Americans with Disabilities Act

have been violated on six occasions.

4. The Plaintiff hereby petitions the court that all named Defendants be held liable and the maximum statutory award 0f $600,00.00, $100,000.00 per occurrence as defined by law within the A.D.A. applicable law and guidelines.

5. The Plaintiff is due to become paraplegic from the waist down at any time. Due to the ongoing malpractice of the Defendants, we further petition the court for award in the amount of $25,000,000.00. This would afford the Plaintiff to pursue medical care in a civilian setting for the remainder of his life, especially after paralysis sets in. The Plaintiff was counseled by previous primary care physician D. Reddy, he will require both a **Colostomy** and **Urostomy**. Exhibits 2 and 3 in support of medical condition, with other records from the V.A. through discovery proceedings.

6. That the V.A. be responsible for Plaintiff's continued medications and psychological needs, either through direct care or by remuneration award to be determined by the jury separate from award requested in item five (5).

7.) With this action, plaintiff request reimbursement of attorney fee's and court cost in this matter.

David E. Rapp

David Edward Rapp,
Attorney, Per see,
254-258-8545
16334 State Highway 53
Temple, Texas 76501
vaughnm73@Gmail.com